IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDERICK W. BAUER, ) | |
| (BOP ID # 02706-090) ) | |
| Plaintiff, ) | |
| vs. ) | No.  3:15-CV-080-M-BH |
| ) | |
| U.S. ATTORNEY GENERAL, et. al, ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After independently reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and considering the filing of plaintiff on February 23, 2015, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  To the extent Plaintiff challenges the Court's transfer of his action under 28 U.S.C. § 2241, the Eastern District of Texas, where he is incarcerated, Plaintiff's challenge and objection are overruled.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Motion for Leave to Proceed In Forma Pauperis*, received January 12, 2015 (doc. 4), is **DENIED.**  By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

**SIGNED this 17th day of March, 2015.**

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS