IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDERICK W. BAUER, <br> (BOP ID # 02706-090) <br> Plaintiff, <br> vs. <br> U.S. ATTORNEY GENERAL, et. al, <br> Defendants. | ) <br> ) <br> ) <br> ) No. 3:15-CV-080-M-BH <br> ) <br> ) <br> ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Plaintiff's "*Supplement to Combined Habeas/Bivens*" is liberally construed as a post-judgment motion for leave to amend and/or motion for relief from judgment under Fed. R. Civ. P. 60(b), and it is **DENIED**.

SIGNED this 20th day of April, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS