IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDERICK W. BAUER,<br>(BOP ID # 02706-090)<br>    Plaintiff,<br>vs.<br><br>U.S. ATTORNEY GENERAL, et. al,<br>    Defendants. | )<br>)<br>)<br>)   No. 3:15-CV-080-M-BH<br>)<br>)<br>) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's April 3, 3015 *Motion for Reconsideration Due to Fraud on Vets Process-Redress [28 U.S.C. R 60(b) & (b)(3), (4) & (6)]* is **DENIED,** and the May 6, 2015 "*Second Supplement FOIA/PA Complaint Redress Process [Title 28 U.S.C. 1361 & 5 USC 702],*" is construed as another motion for post-judgment relief, and is **DENIED.** Plaintiff is warned that if he files anything further in this case, other than a notice of appeal, he will be subject to the imposition of sanctions.

SIGNED this ___ day of June, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS